IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY as subrogee of SCOTT and MARY BETH THORNTON<br><br>Plaintiff<br><br>v.<br><br>OMEGA FLEX, INC.<br><br>Defendant. | CIVIL ACTION NO.:<br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED**<br><br><br>OCTOBER 6, 2010 |

## COMPLAINT

NOW COMES the Plaintiff, Nationwide Mutual Insurance Company, as subrogee of Scott and Mary Beth Thornton by and through its attorneys, as and for its Complaint against Defendant Omega Flex, Inc. states as follows:

### PARTIES

1. The Plaintiff, Nationwide Mutual Insurance Company ("Nationwide"), is an insurance company organized under the laws of the State of Ohio, and with a principle place of business located at One Nationwide Plaza, Columbus, Ohio. At all relevant times, Nationwide was duly authorized to issue policies of insurance in the State of Connecticut.

2. Plaintiff's insureds, Scott and Mary Beth Thornton ("Thorntons") are the owners of the home located at 24 Cherry Gate Lane, Trumbull, Connecticut ("Subject Residence"). At all times relevant and material hereto, Nationwide had in full force and effect a policy of insurance issued to the Thorntons, that provided insurance at the Subject Residence.

3. Defendant, Omega Flex, Inc. ("Omega Flex"), is a Pennsylvania corporation with a principal place of business located at 451 Creamery Way, Exton, Pennsylvania. At all times

relevant hereto, Omega Flex was in the business of manufacturing and distributing, *inter alia*, corrugated stainless steel tubing sold as TRACPIPE Gas Piping Systems.

## JURISDICTION AND VENUE

4. Jurisdiction is founded upon diversity of citizenship pursuant to 28 U.S.C. §1332. The matter in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00.

5. Venue is proper in this jurisdiction pursuant to 28 U.S.C. §1391(a), as the acts and omissions that gave rise to this matter took place in this jurisdiction.

## GENERAL ALLEGATIONS

6. At all times relevant hereto, Scott and Mary Beth Thornton ("the Thorntons"), were the owners of the real and personal property located at 24 Cherry Gate Lane, Trumbull, Connecticut ("Residence").

7. At all times relevant and material hereto, Nationwide had in force and effect a policy of insurance issued to the Thorntons, that provided insurance at the Subject Residence.

8. Upon information and belief, the Residence was built in 2002 and the Thorntons took possession of the home in Fall of 2002, when construction was completed.

9. The home featured a natural gas distribution system which utilized corrugated stainless steel tubing ("CSST") to transport natural gas to appliances.

10. The CSST installed in the Subject Residence was manufactured and sold by Defendant, Omega Flex.

11. On or about June 26, 2009, a thunderstorm moved into the Trumbull area, accompanied by rain and lightning.

12. During the June 26, 2009 thunderstorm, lightning hit at or near the Subject Residence. The energy from the lightning strike, in attempting to travel to ground, migrated to the CSST

which perforated, releasing natural gas. The heat from the melting event simultaneously ignited the escaping gas, causing a fire ("the fire") which substantially damaged the Subject Residence and the Thorntons' real and personal property.

13. As a result of the fire, the Thorntons duly made claims to Nationwide pursuant to their policy of insurance, and Nationwide has reimbursed the Thorntons for those claims in an amount in excess of $1,500,000.00. As such, Nationwide is legally, equitably and contractually subrogated to the claims of the Thorntons against any responsible third parties, including Defendant Omega Flex.

## COUNT I
## OMEGA FLEX, INC.
## PRODUCTS LIABILITY

14. Plaintiff incorporates paragraphs one (1) through thirteen (13) as though fully set forth herein.

15. The CSST was not abused or altered in any way by the Plaintiff's insureds from the condition in which it was manufactured and supplied by the Defendant.

16. The Defendant is liable and legally responsible to the Plaintiff for the Plaintiff's insureds' injuries caused by the fire by virtue of Connecticut General Statutes Section 52-572 (m) et.seq. in one or more of the following respects:

    (a) the CSST was in a defective and unreasonably dangerous condition;

    (b) the Defendant designed, manufactured and sold the CSST in a condition that it knew, or should have known, subjected the property of others to foreseeable and unreasonable risk of harm;

    (c) the Defendant designed and manufactured and sold the CSST in a condition that was not merchantable or fit for the purpose for which such products are ordinarily and foreseeably used;

3

(d) the Defendant failed to provide proper and adequate warnings regarding the hazards associated with the foreseeable and ordinary use of the CSST;

(e) the Defendant failed to design the CSST so that foreseeable failures of the CSST and its components would not present a fire hazard;

(f) the Defendant negligently designed and manufactured the CSST;

(g) the Defendant was negligent in failing to properly and adequately test the CSST adapter prior to marketing it; and

(h) the Defendant breached the implied warranty of merchantability in that the CSST was not merchantable for its intended purpose.

17. As a direct result of the Defendant's liability pursuant to Connecticut General Statutes Section 52-572 (m), the fire of June 26, 2009 occurred resulting in damage to the Plaintiff's insureds' property.

WHEREFORE, Nationwide Mutual Fire Insurance Company, as subrogee of Scott and Mary Beth Thornton, respectfully requests that this Court enter judgment in its favor and against defendant Omega Flex, Inc. in an amount in excess of $1,500,000.00, together with the costs of this action and such other relief as the court may deem appropriate.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF,

BY: _____
Stuart G. Blackburn, Esq. ct00686
Law Offices of Stuart G. Blackburn
P.O. Box 608, 2 Concorde Way
Windsor Locks, CT 06096-0608
Phone: (860) 292-1116
Fax: (860) 292-1221
sgblackburn@sbcglobal.net

**OF COUNSEL:**
MARK E. UTKE, ESQUIRE
ANTHONY J. MORRONE, ESQUIRE

COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

DATED: OCTOBER 6, 2010