UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY as subrogee of SCOTT and MARY BETH THORNTON, Plaintiff, | No. 3:10cv1596 (SRU) |
| v. | |
| OMEGA FLEX, INC., Defendant. | |

### VERDICT FORM

We, the jury, unanimously find as follows:

**Question 1:** Has Nationwide proven by a preponderance of the evidence each of the elements of its strict liability defective product claim?

Yes _____ No __X__

*Proceed to Question 2.*

**Question 2:** Has Nationwide proven by a preponderance of the evidence each of the elements of its inadequate warnings or instructions claim?

Yes _____ No __X__

*If you answered "YES" to Question 1 or 2, proceed to Question 3. If you answered "NO" to both Question 1 and 2, then the jury foreperson should sign and date this form.*

**Question 3:** Has Omega Flex proven by a preponderance of the evidence each of the elements of its misuse defense?

Yes _____ No _____

*If you answer "YES" Question 3, then the jury foreperson should sign and date this form. If you answer "NO," proceed to Question 4.*

1

**Question 4:** What amount of compensatory damages do you find that Nationwide has proven by a preponderance of the evidence?

$ _____

*Proceed to Question 5.*

**Question 5:** Do you find that Omega Flex has proven by a preponderance of the evidence that Nationwide, as subrogee of Scott and Mary Beth Thornton, was negligent in a manner that partially caused the damages you found in Question 4? If "YES," enter the parties' respective percentages of fault. If "NO," leave the percentages of fault spaces blank.

Yes _____ No _____

Percentage of Nationwide's fault   _____

Percentage of Omega Flex's fault   _____

*(The foreperson should sign and date this verdict form in the space provided below.)*

For the jury,

_____
Signature of Foreperson

8/29/13
_____
Date