# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY

    v.                                    3:10CV1596   (SRU)

OMEGA FLEX, INC.

## JUDGMENT

This cause came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge.  On August 29, 2013, and after deliberation, the jury returned a verdict in favor of the defendant, Omega Flex, Inc.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant, Omega Flex, Inc., and the case is closed.

Dated at Bridgeport, Connecticut, this 6th day of September 2013.


ROBIN D. TABORA, Clerk

By   /s/ Barbara Sbalbi        
                 Deputy Clerk

Entered on Docket_____