IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE ) <br> COMPANY as subrogee of SCOTT and MARY ) <br> BETH THORNTON ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> OMEGA FLEX, INC. ) <br> ) <br> Defendant. ) | Case No.3:10-CV-01596-SRU |

## DEFENDANT, OMEGA FLEX, INC.'S BILL OF COSTS

Pursuant to Connecticut General Statute Sections 52-257, 52-260 and 52-261, Federal Rules of Civil Procedure 54 and United States District Court for the District of Connecticut Local Rules of Civil Procedure, Defendant, Omega Flex, Inc. ("Omega Flex"), hereby submits its Bill of Costs.

On August 29, 2013, the jury returned a verdict in favor of the defendant as to all claims made by the plaintiff Nationwide Mutual Fire Insurance Company as subrogee of Scott and Mary Beth Thornton. The court entered judgment in favor of the Defendant on September 5, 2013. Defendant states that the amounts requested on this Bill of Costs is the actual costs incurred by defense counsel on behalf of the Defendant, as charged by or paid to the witnesses and various entities for purpose of the trial.

The Defendant claims costs as follows:

1. Witness' legal fee and mileage per CGS Section 52-257(b)(1)-   $7,401.45

    a.    Mark Manton, lay witness    $45.00

    b.    Robert Torbin, PE    $66.00
           ($40.00 + mileage --> 46 miles X $0.565)

    c.    Steven A. Treichel    $147.35
           ($40.00 + mileage --> 190 miles X $0.565)

      d.    Mark Albino                                   $66.00
           ($40.00 + mileage –> 46 miles X $0.565)

      e.    David Smith, Defendant's Expert in Origin & Cause of Fire Investigations    $2,283.80
           ($1,728.00 + $40 and mileage →913 miles X $0.565)

      f.    James Dydo, PhD, PE                $2,505.80
           ($1,950.00 + $40 and mileage →913 miles X $0.565)

      g.    Michael Stringfellow, Ph.D, Defendant's Expert in Atmospheric Arcing and Electrical Engineering    $2,287.50
           ($875.00+ $40 and mileage → 2,500 miles X $0.565)

2.    Attorney's Fees per CGS Section 52-195(b) -    $<u>350.00</u>

3.    Trial Subpoenas Costs    $ <u>56.35</u>

      a.    Mark Manton (Charles Valentino, Sr.)    $56.35

4.    Deposition – Federal Subpoenas and witness fees    $<u>308.84</u>

      a.    Mary Beth Thornton  ($154.42)

      b.    Scott Thornton    ($154.42 + 50% of shared costs)

5.    Deposition of experts per CGS Section 52-257(b)(2) -    $<u>210.00</u>

      a.    Vincent Calenda, CFI

      b.    Thomas Eagar, PE

      c.    Kenneth McLauchlan, PE

      d.    Mark Goodson

      e.    James Dydo

      f.    David Smith

      g.    Michael Stringfellow

6.    Documented investigative costs and expenses per CGS Section 52-257(b)(11)

                                                                       $<u>200.00</u>

      a.    David Smith site investigation

{DE257000.1}

7. Transcripts for Experts' Depositions, per CGS Section 52-257(b)(12)

|  |  |
|---|---|
|  | $5,469.13 |
| a. Vincent P. Calenda | $623.55 |
| b. Alexander Rauso, Jr. | $349.25 |
| c. Sidney Rubin | $566.90 |
| d. Robert Dallas Crawford | $840.35 |
| e. Dr. Thomas Eagar | $865.53 |
| f. Kenneth McLauchlan, P.E. | $1,577.50 |
| g. Mark Goodson, P.E. | $646.05 |

8. Trial Exhibits – reproduction and demonstrative exhibits   $1183.26

| a. Digital Legal, LLC (site photos) | $810.25 |
|---|---|
| b. Kinkos (exhibit copying) | $373.01 |

9. Fees of the Court Reporter, per USDC District of Connecticut Local Rules of Civil Procedure Rule 54(c)(2)(i)   $2,551.95

a. Trial Transcripts Days 1-3 (for use as exhibits to Defendant's Motion for Judgment as a Matter of Law)   $2,496.45

b. Pre-Trial Proceedings (for use as an exhibit to Defendant's Supplemental Motion to Exclude Specific Testimony of Thomas Eagar)   $55.50

TOTAL   $17,730.98

Respectfully submitted,

BY: /s/ Mony B.P. Yin
By: /s/ ct19355
Mony B.P. Yin

{DE257000.1}

Law Offices of Jack V. Genovese II
200 Glastonbury Boulevard, Suite 301
Glastonbury, CT 06033
Direct Dial: (860) 652 4807
Fax: (860) 633 0694
Email: mony.yin@chartisinsurance.com

Dawn C. Doherty, Esquire (PHV)
Norman H. Brooks, Jr., Esquire (PHV)
Marks, O'Neill, O'Brien, Doherty
& Kelly, P.C.
300 Delaware Avenue, #900
Wilmington, DE 19801
(302) 658-6538
Email: ddoherty@moodklaw.com
Email: nbrooks@moodklaw.com

*Attorneys for Defendant, Omega Flex, Inc.*

Date:  September 12, 2013

{DE257000.1}