

# Invoice

**SMITH & ASSOCIATES**
Fire Analysis & Forensic Engineering

Invoice Number: 12-3774.88

David H. Smith & Associates, Inc.
Fire Analysis & Forensic Engineering
1948 Kentland Place
Snellville, Ga. 30078
Office (770) 972-5584
888-965-FIRE
Fax (770) 972-2658
davidsmithfire.com

Norman H. Brooks, Jr.
Marks, O'neill, O'brien, Doherty & Kelly, P.c.
300 Delaware Avenue, Suite 900
Wilmington, De 19801

Invoice Date: 9/6/2013
Project: 12-3774.88
Reference: Omega Flex / Mary Beth & Scott
Date Assigned: 7.22.2009
Client File: THORNTON

## Thank you for the opportunity to be of service!

TAX ID. 58-2576592          Payment due upon receipt

| Date | Emp Id | Description | Hours | Expense | Amount |
|---|---|---|---|---|---|
| 8/15/2013 | Dhs | Review File W Dydo | .8 | | $160.00 |
| 8/15/2013 | J.dydo | Review File W Smith | .8 | | $240.00 |
| 8/15/2013 | Dhs | Review File | 4.75 | | $950.00 |
| 8/16/2013 | Dhs | Review File - Trial Prep | 3 | | $600.00 |
| 8/16/2013 | J.dydo | Telecon-nhb & Prep | 1.5 | | $450.00 |
| 8/19/2013 | Dhs | Review File | 6 | | $1,200.00 |
| 8/21/2013 | J.dydo | Trial Prep-telcon Nhb | 7.5 | | $2,250.00 |
| 8/22/2013 | Dhs | Conf Call With Norm | .65 | | $130.00 |
| 8/22/2013 | Dhs | Scheduling | .75 | | $150.00 |
| 8/22/2013 | J.dydo | Review File-depos | 5.5 | | $1,650.00 |
| 8/22/2013 | Dhs | Review File For Trial | 8 | | $1,600.00 |
| 8/23/2013 | Dhs | Review File | 9 | | $1,800.00 |
| 8/25/2013 | J.dydo | Review File-depo Rev | 8.5 | | $2,550.00 |
| 8/25/2013 | Office | Document File | 1 | | $35.00 |
| 8/25/2013 | Dhs | Review File | 7.5 | | $1,500.00 |
| 8/25/2013 | Dhs | Contact Client / Attorney | 1.4 | | $280.00 |
| 8/26/2013 | Dhs | Travel | 5 | | $1,000.00 |
| 8/26/2013 | Dhs | Mileage To/fm Arprt | | $58.80 | $58.80 |
| 8/26/2013 | Dhs | Air Fare | | $1,169.80 | $1,169.80 |
| 8/26/2013 | Dhs | Car Rental | | $407.72 | $407.72 |
| 8/26/2013 | Dhs | Hotel | | $348.00 | $348.00 |
| 8/26/2013 | Dhs | Meals | | $17.32 | $17.32 |
| 8/26/2013 | J.dydo | Review File | 5.5 | | $1,650.00 |
| 8/26/2013 | Dhs | Prep Atty For Trial | 4 | | $800.00 |



**SMITH & ASSOCIATES**
Fire Analysts & Forensic Engineering

Invoice Date: 9/6/2013
Project: 12-3774.88

| Date | Emp Id | Description | Hours | Expense | Bill Amt |
|---|---|---|---|---|---|
| 8/27/2013 | Ds | Trial | 7.2 | | $1,728.00 |
| 8/27/2013 | Dhs | Travel | 5 | | $1,000.00 |
| 8/27/2013 | Dhs | Meals | | $16.97 | $16.97 |
| 8/27/2013 | Dhs | Parking | | $32.00 | $32.00 |
| 8/27/2013 | J.dydo | Travel | 6.5 | | $1,950.00 |
| 8/27/2013 | J.dydo | Review File | 6.0 | | $1,800.00 |
| 8/27/2013 | J.dydo | Contact Client / Attorney-trial | 2.0 | | $600.00 |
| 8/27/2013 | J.dydo | Meals | | $37.50 | $37.50 |
| 8/27/2013 | J.dydo | Field Expense | | $37.50 | $37.50 |
| 8/27/2013 | Dhs | Prep Atty For Trial | 4.5 | | $900.00 |
| 8/28/2013 | J.dydo | Waiting For Trial | 3.0 | | $900.00 |
| 8/28/2013 | Jd | Court / Deposition | 3.0 | | $1,050.00 |
| 8/28/2013 | J.dydo | Travel | 7.5 | | $2,250.00 |
| 8/28/2013 | J.dydo | Meals | | $37.50 | $37.50 |
| 8/28/2013 | J.dydo | Field Expense | | $37.50 | $37.50 |
| 8/28/2013 | J.dydo | Fuel | | $25.38 | $25.38 |
| 8/28/2013 | J.dydo | Parking | | $13.00 | $13.00 |
| 8/28/2013 | J.dydo | Parking | | $34.00 | $34.00 |
| 8/28/2013 | J.dydo | Hotel | | $148.35 | $148.35 |
| 8/28/2013 | J.dydo | Air Fare | | $552.00 | $552.00 |
| 8/28/2013 | J.dydo | Air Fare | | $883.80 | $883.80 |
| 8/29/2013 | J.dydo | Document File/exp Rpt | 1.5 | | $450.00 |

AMOUNT PAID:

**TOTAL BILL AMT: $35,480.14**

PAYMENT DUE ON 10/6/2013

### Invoice Summary

| TOTAL HOURS | MILES | TOTAL HOURLY | TOTAL EXPENSE |
|---|---|---|---|
| 127.35 | 84 | $31,623.00 | $3,857.14 |



**PowerCET Corporation**
3350 Scott Blvd.
Building 55 Unit 1
Santa Clara, CA 95054-3124

Tel 408-988-1346
Fax 408-988-4869
FEIN 77-0208991
DUNS 187569116

# Invoice

Invoice #: **103618**
Invoice Date: 9/8/2013
Due Date: 9/8/2013
Terms : Due on receipt
Retainer Agreement Date:

**Bill To:**
Marks O'Neill O'Brien Doherty & Kelly PC
Attn: Norman Brooks
300 Delaware Avenue, Suite 900
Wilmington, DE 19801

**Case/Project Office:**
Marks O'Neill O'Brien Doherty & Kelly PC
Attn: Norman Brooks
Case: Thornton v Omega Flex
300 Delaware Avenue, Suite 900
Wilmington, DE 19801

**Case / Project:** Thornton v Omega Flex
**Claim #:**
**Customer Contact:** Norman H. Brooks        **Tel:** 302-351-2905    **Email:** nbrooks@moodklaw.com
**PowerCET Representative:** Michael F. Stringfellow, Ph.D., P.E.    **Tel:** 520-989-3078    **Email:** MikeS@powercet.com

| Item # | Activity / Description | Qty | Rate | Amount |
|---|---|---|---|---|
|  | Forth billing - August 2013 - Thornton v Omega Flex  Direct Trial Activities & Expenses |  |  |  |
| 1 | Expert Witness/Research - Trial preparation - 8/27/2013 | 6 | 300.00 | 1,800.00 |
| 2 | Expert Witness/Deposition Testimony - Trial testimony - 8/27/2013 | 1.5 | 350.00 | 525.00 |
| 3 | Expert Witness/Deposition Testimony - Trial testimony - 8/28/2013 | 1 | 350.00 | 350.00 |
| 4 | Travel Time - Hourly - Travel Tucson AZ to Milford CT - 8/26/2013 | 8 | 150.00 | 1,200.00 |
| 5 | Travel Time - Hourly - Travel Milford CT to Tucson AZ - 8/29/2013 | 8 | 150.00 | 1,200.00 |
| 6 | Consulting Expenses - Travel, Meals, Lodging, etc.- 8/29/2013 |  | 1,925.11 | 1,925.11 |

Please Remit Payment to: POWERCET CORPORATION
3350 SCOTT BLVD BLDG 55-01, SANTA CLARA, CA 95054-3124 USA

Electronic Payments:
Bank of America A/C# 10980-10808  ABA# 121000358
ABA# (U.S. Wires) 026009593
SWIFT Code (International Wires) BOFAUS3N

| | |
|---|---|
| Subtotal | $7,000.11 |
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$7,000.11** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$7,000.11** |

**David H. Smith & Associates, Inc.**
1948 KENTLAND PLACE
SNELLVILLE, GA. 30078
888-965-3473 / FAX 888-819-3473
Davidsmithfire.com

| Invoice Date | Invoice Number |
|---|---|
| 8/21/09 | 12-3774 |

TAX ID. 58-2576592

Timothy Scanlan
Omega Flex, Inc. Corporate Office
213 Court Street Suite 701
Middletown, Ct 06457

Project: 12-3774
Reference: Tracpipe / Mary Beth & Scott *Thornton*
Date Assigned: 7.22.2009
Client File: THORNTON

AP JOURNAL # 263
DMZ AUG 31 ENT'D
ACCT 4360-200

## INVOICE

| Date | Emp Id | Description | Hours | Expense | Amount |
|---|---|---|---|---|---|
| 7/31/2009 | Dhs | Scheduling | .75 | | $123.75 |
| 8/9/2009 | Dhs | Travel | 6.0 | | $990.00 |
| 8/9/2009 | Dhs | Mileage To/fm Arprt | | $63.00 | $63.00 |
| 8/9/2009 | Dhs | Air Fare | | $796.54 | $796.54 |
| 8/9/2009 | Dhs | Car Rental | | $174.40 | $174.40 |
| 8/9/2009 | Dhs | Hotel | | $196.00 | $196.00 |
| 8/10/2009 | Dhs | Meals | | $12.60 | $12.60 |
| 8/10/2009 | Dhs | Site Examination | 6.5 | | $1,072.50 |
| 8/10/2009 | Office | Photo / Video | | $78.00 | $78.00 |
| 8/10/2009 | Dhs | Travel | 6.0 | | $990.00 |
| 8/10/2009 | Dhs | Parking | | $26.00 | $26.00 |
| 8/10/2009 | Office | Lightning Report | | $95.00 | $95.00 |
| 8/19/2009 | Cj | Secretarial Work | 1 | | $30.00 |
| 8/19/2009 | Office | Photos To T. Scanlan | | $22.42 | $22.42 |

AMOUNT PAID:
**TOTAL BILL AMT:** $4,670.21
PAYMENT DUE ON 9/21/2009 OK

### Invoice Summary

| TOTAL HOURS | MILES | TOTAL HOURLY | TOTAL EXPENSE |
|---|---|---|---|
| 20.25 | 84 | $3,206.25 | $1,463.96 |

Thank You For Allowing Us The Opportunity To Be Of Service !
8/21/2009

NHB
1 of 1

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 104253 | 9/27/2012 | 58041 |
| Job Date | Case No. | |
| 9/10/2012 | | |
| Case Name | | |
| Nationwide Mutual Fire Insurance v. Omega Flex, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

349-86413

Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brian & Courtney, P.C.
300 Delaware Avenue, Suite 900
Wilmington, DE 19801

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Vincent P. Calenda | 129.00 Pages | @ | 4.25 | 548.25 |
| Exhibits scanned in .pdf format and burned to CD | 3.00 Pages | @ | 0.10 | 0.30 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Administration Fee | | | 50.00 | 50.00 |
| Shipping and Handling | | | 25.00 | 25.00 |
| | | TOTAL DUE >>> | | $623.55 |

Location: Trumbull, CT
Thank you. Your business is appreciated.
For billing questions, please email billing@golkow.com.

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brian & Courtney, P.C.
300 Delaware Avenue, Suite 900
Wilmington, DE 19801

Job No.      : 58041           BU ID      : R-Main
Case No.     :
Case Name    : Nationwide Mutual Fire Insurance v. Omega Flex, Inc.
Invoice No.  : 104253          Invoice Date : 9/27/2012
Total Due    : $623.55

Remit To:  Golkow Technologies Inc.
           One Liberty Place, 51st Floor
           1650 Market Street
           Philadelphia, PA 19103

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

# INVOICE

NHB
181

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

349 - 86413

Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brian & Courtney, P.C.
300 Delaware Avenue, Suite 900
Wilmington, DE 19801

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 102953 | 9/27/2012 | 58041 |
| Job Date | Case No. | |
| 9/10/2012 | | |
| Case Name | | |
| Nationwide Mutual Fire Insurance v. Omega Flex, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Alexander Rauso, Jr.                                99.00 Pages   @   2.75    272.25
      Exhibits scanned in .pdf format and burned to CD   20.00 Pages   @   0.10      2.00
      ASCII (.txt)                                                       0.00      0.00
      E-Transcript (.ptx - Emailed)                                      0.00      0.00
      Minuscript                                                         0.00      0.00
      Administration Fee                                                50.00     50.00
      Shipping and Handling                                             25.00     25.00

TOTAL DUE >>>    $349.25

Thank you. Your business is appreciated.
For billing questions, please email billing@golkow.com.

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brian & Courtney, P.C.
300 Delaware Avenue, Suite 900
Wilmington, DE 19801

Job No.     : 58041          BU ID      : R-Main
Case No.    :
Case Name   : Nationwide Mutual Fire Insurance v. Omega Flex, Inc.
Invoice No. : 102953         Invoice Date : 9/27/2012
Total Due   : $349.25

Remit To:  Golkow Technologies Inc.
          One Liberty Place, 51st Floor
          1650 Market Street
          Philadelphia, PA 19103

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: _____ Phone#:
Billing Address:
Zip: _____ Card Security Code:
Amount to Charge:
Cardholder's Signature:

@ ESQUIRE
Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (888) 486-4044
Fax (856) 437-5009



ESQUIRE
CORPORATE SOLUTIONS

Remit to: NHB 1/8/

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

349-86413

NORMAN BROOKS ,ESQ.
MARKS, O'NEILL, O'BRIEN, DOUGHERTY, AND
SUITE 900
300 DELAWARE AVENUE
WILMINGTON, DE 19801

### Invoice # CSD438475

| Invoice Date | 01/08/2013 |
|---|---|
| Terms | DUE ON RECEIPT |
| Payment Due | 02/07/2013 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/27/2012 | THORNTON vs. OMEGA FLEX | 396930 | 01/08/2013 | FED EX |

**Description**

Services Provided on 12/27/2012, SIDNEY RUBIN (WILMINGTON, DE)

*MATTER NUMBER: N/A*
*LATE CANCELLATION AFTER ARRIVAL*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/22/2013** | **$ 158.90** |
| Amount Due After 02/22/2013 | $ 174.79 |

Tax Number: 45-3463120

---
Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net



ESQUIRE
CORPORATE SOLUTIONS

VISA [DISCOVER]

| | |
|---|---|
| Invoice #: | CSD438475 |
| Payment Due: | 02/07/2013 |
| **Amount Due On/Before 02/22/2013** | **$ 158.90** |
| Amount Due After 02/22/2013 | $ 174.79 |

NORMAN BROOKS ,ESQ.
MARKS, O'NEILL, O'BRIEN, DOUGHERTY, AND
SUITE 900
300 DELAWARE AVENUE
WILMINGTON, DE 19801

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

076 0000438475 01082013 2 000015890 1 02072013 02222013 5 000017479 88



**ESQUIRE**
Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (888) 486-4044
Fax (856) 437-5009

Remit to: NHB

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

349-86413

NORMAN BROOKS ,ESQ.
MARKS, O'NEILL, O'BRIEN, DOUGHERTY, AND
SUITE 900
300 DELAWARE AVENUE
WILMINGTON, DE 19801

### Invoice # CSD440176

| Invoice Date | 01/14/2013 |
|---|---|
| Terms | DUE ON RECEIPT |
| Payment Due | 02/13/2013 |
| Date of Loss | |
| Name of Insured | CHARTIS/MARKS |
| Adjustor | |
| Claim Number | 683-284512 |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/27/2012 | THORNTON vs. OMEGA FLEX | 398696 | 01/10/2013 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 12/27/2012, SIDNEY RUBIN (WILMINGTON, DE) | |
|    MEDICAL TECHNICAL COPY OF TRANSCRIPT/WORD INDEX (120 Pages) | $ 408.00 |
|    ASCII DISK | $ 0.00 |
|    E-TRANSCRIPT | $ 0.00 |
|    CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 408.00 |
| | |
| CSD-SHIPPING | $ 0.00 |

MATTER NUMBER: N/A

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/28/2013** | **$ 408.00** |
| Amount Due After 02/28/2013 | $ 448.80 |

Tax Number: 45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

VISA

| | |
|---|---|
| Invoice #: | CSD440176 |
| Payment Due: | 02/13/2013 |
| **Amount Due On/Before 02/28/2013** | **$ 408.00** |
| Amount Due After 02/28/2013 | $ 448.80 |

NORMAN BROOKS ,ESQ.
MARKS, O'NEILL, O'BRIEN, DOUGHERTY, AND
SUITE 900
300 DELAWARE AVENUE
WILMINGTON, DE 19801

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

076 0000440176 01142013 0 000040800 4 02132013 02282013 8 000044880 56

# INVOICE

N HB 1⑩/

Basye-Santiago Reporting, Magna Legal Services
1201 N. Orange Street, Suite 903
Wilmington, DE 19801
Phone:(302) 573-2300  Fax:(302) 573-2507

*349-86413*

Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
300 Delaware Avenue
Suite 900
Wilmington, DE 19801

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 123967 | 4/4/2013 | 107901 |
| Job Date | Case No. | |
| 2/27/2013 | | |
| Case Name | | |
| Nationwide Insurance Company v. Omega | | |
| Payment Terms | | |
| Due upon receipt | | |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Robert Dallas Crawford                                                                     680.35
    Full Day Appearance                                               160.00      160.00

TOTAL DUE >>>      **$840.35**

Reference No. : OF

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

Tax ID: 20-8474245                                         Phone: 302.658.6538    Fax: 302.658.6537

*Please detach bottom portion and return with payment.*

---

Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
300 Delaware Avenue
Suite 900
Wilmington, DE 19801

Invoice No.   : 123967
Invoice Date  : 4/4/2013
**Total Due**    : $ 840.35

Remit To: Magna Legal Services LLC
          P.O. Box 822804
          Philadelphia, PA 19182-2804

Job No.    : 107901
BU ID     : BSR - DE
Case No.   :
Case Name : Nationwide Insurance Company v. Omega

⊘ ESQUIRE
Esquire Solutions - Philadelphia
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



Remit to: NHB

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099    1 9/1
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (866) 437-5009

349-86413

## Invoice # EQ421174

| Invoice Date | 10/29/2012 |
| --- | --- |
| Terms | DUE ON RECEIPT |
| Payment Due | 11/28/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

NORMAN BROOKS ,ESQ.
MARKS, O'NEILL, O'BRIEN & COURTNEY, PC -
SUITE 900
300 DELAWARE AVENUE
WILMINGTON, DE 19801

| Assignment | Case | Assignment # | Shipped | Shipped Via |
| --- | --- | --- | --- | --- |
| 10/09/2012 | THORNTON vs. OMEGA FLEX | 377780 | 10/29/2012 | FED EX |

**Description**

Original Deposition for THOMAS EAGAR, 10/09/2012 (BOSTON, MA)
  SUMMARY

MATTER NUMBER: N/A

Tax: $ 0.00
Paid: $ 0.00
**Amount Due On/Before 12/13/2012**    **$ 865.53**
Amount Due After 12/13/2012    $ 952.08

Tax Number: 45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net



ESQUIRE

NORMAN BROOKS ,ESQ.
MARKS, O'NEILL, O'BRIEN & COURTNEY, PC -
SUITE 900
300 DELAWARE AVENUE
WILMINGTON, DE 19801

Invoice #:    EQ421174
Payment Due:    11/28/2012
**Amount Due On/Before 12/13/2012**    **$ 865.53**
Amount Due After 12/13/2012    $ 952.08

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

062 0000421174 10292012 9 000086553 6 11282012 12132012 4 000095208 72

ESQUIRE
Esquire Solutions - Philadelphia
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009



Remit to:
NH B
1 of 1

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

349-86443

NORMAN BROOKS ,ESQ.
MARKS, O'NEILL, O'BRIEN & COURTNEY, PC -
SUITE 900
300 DELAWARE AVENUE
WILMINGTON, DE 19801

### Invoice # EQ429470

| Invoice Date | 11/30/2012 |
|---|---|
| Terms | DUE ON RECEIPT |
| Payment Due | 12/30/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/02/2012 | NATIONWIDE MUTUAL FIRE INSURANCE vs. OME | 383969 | 11/26/2012 | FED EX |

**Description**

Original Deposition for KENNETH McLAUCHLAN, 11/02/2012 (PHILADELPHIA, PA)
   EXHIBITS
   SUMMARY

Original Deposition for SIDNEY RUBIN, 11/02/2012 (PHILADELPHIA, PA)
   SUMMARY

*MATTER NUMBER: N/A*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/14/2013** | **$ 1,577.50** |
| Amount Due After 01/14/2013 | $ 1,735.25 |

Tax Number: 45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA

| | |
|---|---|
| Invoice #: | EQ429470 |
| Payment Due: | 12/30/2012 |
| **Amount Due On/Before 01/14/2013** | **$ 1,577.50** |
| Amount Due After 01/14/2013 | $ 1,735.25 |

NORMAN BROOKS ,ESQ.
MARKS, O'NEILL, O'BRIEN & COURTNEY, PC -
SUITE 900
300 DELAWARE AVENUE
WILMINGTON, DE 19801

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

062 0000429470 11302012 9 000157750 8 12302012 01142013 1 000173525 11

# INVOICE

*(handwritten: NH B 10/)*

Basye-Santiago Reporting, Magna Legal Services
1201 N. Orange Street, Suite 903
Wilmington, DE 19801
Phone:(302) 573-2300  Fax:(302) 573-2507

*(handwritten: 349-86413)*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116350 | 1/22/2013 | 102303 |
| Job Date | Case No. | |
| 12/11/2012 | | |
| Case Name | | |
| Nationwide Mutual Insurance Company v. Omega Flex, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
300 Delaware Avenue
Suite 900
Wilmington, DE 19801

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Mark Goodson, P.E. | | | | 544.50 |
| Exhibit | 121.00 Pages | @ | 0.30 | 36.30 |
| Courier Charge | | | 5.25 | 5.25 |
| Doctor's Office Attendance Fee | | | 60.00 | 60.00 |
| | | **TOTAL DUE >>>** | | **$646.05** |

Reference No. : OTR

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum

WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS

Tax ID: 20-8474245

Phone: 302.658.6538   Fax: 302.658.6537

*Please detach bottom portion and return with payment.*

Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
300 Delaware Avenue
Suite 900
Wilmington, DE 19801

Invoice No.  : 116350
Invoice Date : 1/22/2013
**Total Due**  : **$ 646.05**

Remit To: Magna Legal Services LLC
P.O. Box 822804
Philadelphia, PA 19182-2804

Job No.    : 102303
BU ID      : BSR - DE
Case No.   :
Case Name  : Nationwide Mutual Insurance Company v. Omega Flex, Inc.

# Digital Legal, LLC

Wilmington, Delaware 19801
1001 Jefferson Plaza Suite 100
Wilmington, DE 19801
Phone 302.888.2060

NHB /8/

| Invoice Number | 74562 | | |
|---|---|---|---|
| Date | Terms | Rep | Tax ID # |
| 6/14/2013 | Due on re... | MD | 51-0368307 |

**Bill To:**

Marks, O'Neill, O'Brien, Doherty, & Kelly
300 Delaware Ave Ste 900
Wilmington, DE 19801

349-8643

| Ordered By | Project Date | P.O. No. | Project Name | DLS Job # |
|---|---|---|---|---|
| Michelle | 06/14/2013 | Thornton | Thornton | IM13-0487 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 70 | Print B/W from Tiff or PDF (Double side or three hole) | 0.10 | 7.00 |
| 945 | Print color from Tiff, JPG, or PDF (Single side straight print with slipsheets) | 0.85 | 803.25 |

Thank you for your business. We look forward to working with you again.

| | |
|---|---|
| **Total** | $810.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $810.25 |

Web Site: www.digitallegalservices.com

*CCD amex*

# FedExOffice.

FedEx Office is your destination
for printing and shipping.

1427 Post Rd
Fairfield, CT 06824
Tel: (203) 319-0500

8/21/2013          8:14:00 AM EST
Team Member: Freddy N.
Customer: Courtney Leicht

SALE

| | | |
|---|---|---|
| 1 Set | Qty 1 | 350.74 |
| BW 2S Copy/Print | 1148 @ | 0.1500 T |
| 000033 Reg. Price | 0.24 | |
| BW on Tab Paper | 75 @ | 0.3500 T |
| 000072 Reg. Price | 0.35 | |
| Drill Per Sheet | 574 @ | 0.0100 T |
| 000371 Reg. Price | 0.01 | |
| Drilling Setup | 1 @ | 1.0000 T |
| 000372 Reg. Price | 1.00 | |
| Tab Design | 71 @ | 1.0000 T |
| 001371 Reg. Price | 1.00 | |
| BW Doc Design | 71 @ | 0.9500 T |
| 000566 Reg. Price | 0.95 | |
| Insert Per Piece | 71 @ | 0.1000 T |
| 000387 Reg. Price | 0.10 | |
| Price per piece | 350.74 | |
| Regular Total | 454.06 | |
| Discounts | 103.32 | |

| | |
|---|---|
| Sub-Total | 350.74 |
| Tax | 22.27 |
| Deposit | 260.09 |
| Total | 373.01 |
| AmEx (S) | 112.92 |
|   Account: 7004 | |
|   Auth: 523313 (A) | |
| Total Tender | 112.92 |
| Change Due | 0.00 |
| Total Discounts | 103.32 |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INVOICE NO: 2893                          August 23, 2013

    TO:
        NORMAN H BROOKS ESQ
        MARKS ONEILL OBRIEN DOHERY & KELLY PC
        300 DELAWARE AVENUE, SUITE 900
        WILMINGTON, DELAWARE   19801

In The Matter Of:  Nationwide Mutual Fire Insurance Co. v. Omega Flex, Docket Number 3:10cv-1596 SRU, held before the Honorable Stefan R. Underhill, U. S. D. J., at U. S. District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut, on August 23, 2013.

TRANSCRIPT:

    129 pages @ $6.05 per page,
  (Daily Copy Rate), $780.45.
    Plus 6.35% CT Sales Tax, $49.55.


TOTAL AMOUNT NOW DUE: $830.00.

Please make checks payable to: Susan E. Catucci.

Thank you.


            /S/  _____

        Susan E. Catucci, RMR
        Official Court Reporter
        915 Lafayette Boulevard
    Bridgeport, Connecticut   06604
          SS# 040 54 7169
        Tel:  (917)703-0761



    (I do hereby certify that the fees charged and page format used conform to the JCUS policy and with the Guide)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INVOICE NO: 2895                             August 26, 2013

    TO:
        NORMAN H BROOKS ESQ
        MARKS ONEILL OBRIEN DOHERTY & KELLY PC
        300 DELAWARE AVENUE, SUITE 900
        WILMINGTON, DELAWARE   19801

In The Matter Of:  Nationwide Mutual Fire Insurance Co. v.
Omega Flex, Docket Number 3:10cv-1596 SRU, held before the
Honorable Stefan R. Underhill, U. S. D. J., at U. S.
District Court, 915 Lafayette Boulevard, Bridgeport,
Connecticut, on August 23 and 26, 2013.

TRANSCRIPT:

        187 pages @ $6.05 per page,
      (Daily Copy Rate), $1,131.35.
        Plus 6.35% CT Sales Tax, $71.85.


TOTAL AMOUNT NOW DUE: $1,203.20.

Please make checks payable to: Susan E. Catucci.

Thank you.


                /S/  _____

                Susan E. Catucci, RMR
                Official Court Reporter
                915 Lafayette Boulevard
            Bridgeport, Connecticut   06604
                  SS# 040 54 7169
                Tel:   (917)703-0761



    (I do hereby certify that the fees charged and page
format used conform to the JCUS policy and with the Guide)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INVOICE NO: 2896                         August 27, 2013

    TO:

        NORMAN H BROOKS ESQ
        MARKS ONEILL OBRIEN DOHERTY & KELLY PC
        300 DELAWARE AVENUE, SUITE 900
        WILMINGTON, DELAWARE  19801

In The Matter Of:  Nationwide Mutual Fire Insurance Co. v.
Omega Flex, Docket Number 3:10cv-1596 SRU, held before the
Honorable Stefan R. Underhill, U. S. D. J., at U. S.
District Court, 915 Lafayette Boulevard, Bridgeport,
Connecticut, on August 27, 2013.

TRANSCRIPT:

        72 pages @ $6.05 per page,
      (Daily Copy Rate), $435.60.
        Plus 6.35% CT Sales Tax, $27.65.

TOTAL AMOUNT NOW DUE: $463.25.

Please make checks payable to: Susan E. Catucci.

Thank you.


                /S/  _____

                Susan E. Catucci, RMR
                Official Court Reporter
                915 Lafayette Boulevard
          Bridgeport, Connecticut  06604
                  SS# 040 54 7169
                Tel:  (917)703-0761



    (I do hereby certify that the fees charged and page
format used conform to the JCUS policy and with the Guide)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

INVOICE NO: 2979                                August 19, 2013

     TO:
          NORMAN H BROOKS ESQ
          MARKS ONEILL OBRIEN & COURTNEY PC
          300 DELAWARE AVENUE
          WILMINGTON, DELAWARE   19801

In The Matter Of:  Nationwide Mutual v. Omega Flex, Docket Number 3:10cv-1596 SRU, held before the Honorable Stefan R. Underhill, U. S. D. J., at U. S. District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut, on May 29, 2013.

TRANSCRIPT:

       58 pages @ $.90 per page,
       (Regular Delivery Copy Rate), $52.20.
       Plus 6.35% CT Sales Tax, $3.30.


TOTAL AMOUNT NOW DUE: $55.50.

Please make checks payable to: Susan E. Catucci.

Thank you.


               /S/  _____

              Susan E. Catucci, RMR
             Official Court Reporter
             915 Lafayette Boulevard
         Bridgeport, Connecticut   06604
               SS# 040 54 7169
              Tel:   (917)703-0761




   (I do hereby certify that the fees charged and page format used conform to the JCUS policy and with the Guide)