# EXHIBIT A



**ESQUIRE**
Esquire Solutions - Philadelphia
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Remit to:
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

*NHB*
*181*

Toll Free (800) 211-DEPO
Fax (858) 437-5009

349 - 86443

NORMAN BROOKS ,ESQ.
MARKS, O'NEILL, O'BRIEN & COURTNEY, PC -
SUITE 900
300 DELAWARE AVENUE
WILMINGTON, DE 19801

**Invoice # EQ429470**

| Invoice Date: | 11/30/2012 |
|---|---|
| Terms: | DUE ON RECEIPT |
| Payment Due: | 12/30/2012 |
| Date of Loss: | |
| Name of Insured: | |
| Adjuster: | |
| Claim Number: | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/02/2012 | NATIONWIDE MUTUAL FIRE INSURANCE vs. OME | 383968 | 11/28/2012 | FED EX |

**Description**

Original Deposition for KENNETH McLAUCHLAN, 11/02/2012 (PHILADELPHIA, PA)

    EXHIBITS

    SUMMARY

Original Deposition for SIDNEY RUBIN, 11/02/2012 (PHILADELPHIA, PA)

    SUMMARY

*MATTER NUMBER: N/A*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/14/2013** | **$ 1,577.50** |
| Amount Due After 01/14/2013 | $ 1,735.25 |

Tax Number:   46-3463120

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

VISA  MasterCard  DISCOVER  AMEX



**ESQUIRE**

| | |
|---|---|
| Invoice #: | EQ429470 |
| Payment Due: | 12/30/2012 |
| **Amount Due On/Before 01/14/2013** | **$ 1,577.50** |
| Amount Due After 01/14/2013 | $ 1,735.25 |

NORMAN BROOKS ,ESQ.
MARKS, O'NEILL, O'BRIEN & COURTNEY, PC -
SUITE 900
300 DELAWARE AVENUE
WILMINGTON, DE 19801

Remit to:
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

062 0000429470 11302012 9 000157750 8 12302012 01142013 1 000173525 11